AUGUSTUS D. SHEPARD, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Defendants; THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

Reported below, 82 Hun, 527.
(Argued February 25, 1895; decided October 8, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term denying a petition by appellant to be made a party to the action.

*Brainard Tolles*, for appellant.

*William G. Peckham* for respondent.

Order affirmed, with costs, on the authority of *Pegram* v. *New York Elevated Railway Company et al., ante,* page 135.

All concur, except GRAY, J., taking no part.